# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00080-CV

### K. A. V., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-18-000880, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant K.A.V. filed her notice of appeal on February 6, 2019. The appellate record was complete on February 20, 2019, making appellant's brief due on March 12, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Harry Wade Deckard to file appellant's brief no later than April 10, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on March 26, 2019.

Before Chief Justice Rose, Justices Kelly and Smith